July 03, 2009

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

Mr. Christopher Michael Portner
Reaud Morgan & Quinn, L.L.P.
P.O. Box 26005
Beaumont, TX 77720-6005
Honorable Donald J. Floyd
172nd District Court
1001 Pearl Street
Beaumont, TX 77701-3707

RE: Case Number: 08-0625
 Court of Appeals Number: 09-08-00318-CV
 Trial Court Number: E-159,183-Q

Style: IN RE E.I. DU PONT DE NEMOURS AND COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued opinions the above-referenced
cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |